# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SADA WANE, | : | Case No. 1:19-cv-122 |
| Petitioner, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, | : | |
| Respondents. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 18) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on August 22, 2019, submitted a Report and Recommendation. (Doc. 18). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation (Doc. 18) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED as moot**.

2) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date: 10/8/19

*Timothy S. Black*
Timothy S. Black
United States District Judge